# <u>Exhibit A</u>

ENROLLED ORIGINAL

AN ACT

**D.C. ACT 26-410**

IN THE COUNCIL OF THE DISTRICT OF COLUMBIA

**AUGUST 10, 2026**

To amend Title 28 of the District of Columbia Official Code to protect artists, venues, and consumers in the District from unfair and deceptive practices in live event ticket purchases by clarifying a ticket issuer's, reseller's, and secondary ticket exchange's existing consumer protection obligation under Chapter 39, like in all industries, to clearly and conspicuously disclose upfront certain information regarding ticket pricing, to prescribe procedures governing the provision of refunds, to prohibit the sale of speculative tickets, to prohibit a ticket issuer from restricting the transferability of a ticket unless the terms and conditions on transferability are clearly disclosed to the consumer prior to purchase, to permit ticket issuers to maintain and enforce policies and conditions or requirements for ticket purchase with respect to conduct, behavior, public health and safety, or age at the venue or event, and establish limits on the amount of tickets that can be purchased, to require a ticket issuer or secondary ticket exchange to maintain reasonable technology to prevent any machine, device, computer program, or computer software, with or without human assistance, from bypassing security measures or access control systems designed to limit the number of tickets that can be purchased by a person on a marketplace for initial purchase or secondary ticket exchange, to require the Mayor to issue rules, and to provide for civil penalties ; and to amend Chapter 28 of Title 47 of the District of Columbia Official Code to require a reseller that resells or offers to resell 50 or more tickets a year to obtain a license and maintain a surety bond of $25,000, to clarify that secondary ticket exchanges shall obtain a basic business license, and to outline licensing and reporting requirements for the Department of Licensing and Consumer Protection, resellers, and secondary ticket exchanges.

BE IT ENACTED BY THE COUNCIL OF THE DISTRICT OF COLUMBIA, That this act may be cited as the "Restricting Egregious Scalping Against Live Entertainment (RESALE) Amendment Act of 2026".

Sec. 2. Title 28 of the District of Columbia Official Code is amended as follows:

(a) The table of contents is amended by adding a new chapter designation to read as follows:

"55. Sale and Resale of Live Event Tickets.".

(b) A new Chapter 55 is added to read as follows:

"55. Sale and Resale of Live Event Tickets.".

(b) A new Chapter 55 is added to read as follows:

"Chapter 55.

"Sale and Resale of Live Event Tickets.

"28-5501. Definitions.

"28-5502. Ticket disclosure and refund requirements.

"28-5503. Prohibition on the sale or resale of speculative tickets.

"28-5504. Transferability of tickets.

"28-5505. Requirement of reasonable technology for a ticket issuer and secondary ticket exchange.

"28-5506. Requirements for resale of tickets.

"28-5507. Rules.

"28-5508. Penalties and enforcement.

"28-5509. Prohibition on surveillance-based price discrimination.

"§ 28-5501. Definitions.

"For the purposes of this chapter, the term:

"(1) "Department" means the Department of Licensing and Consumer Protection.

"(2) "Resale" means the second or subsequent sale of a ticket by any method, including in-person transactions, telephone, mail, e-mail, facsimile, or electronic means through a website or mobile application.

"(3) "Reseller" means a person engaged in the resale of tickets.

"(4) "Secondary ticket exchange" means an electronic marketplace that enables a person to sell, purchase, and resell tickets.

"(5) "Speculative ticket" means a ticket that is not in the actual or constructive possession of a reseller at the time of listing, sale, resale, or advertisement, including tickets that are not owned by the reseller and tickets that are under contract to be transferred to the reseller.

"(6) "Ticket" means any form of physical, electronic, or other evidence that grants the possessor of the evidence license to enter a place of entertainment for one or more events, including live concerts, theatrical performances, shows, or similarly scheduled live activities, at a specified date and time; provided, that the event is not a sporting event organized by a professional or intercollegiate sports team located in the District or professional athletic association with an event located in the District; provided further, that the event is not a motion picture screening.

"(7) "Ticket issuer" means a person or their agent who issues tickets for initial sale, including musicians, venues, promoters, theater companies, and marketplaces for initial purchases.

"§ 28-5502. Ticket disclosure and refund requirements.

"(a) The listing for a ticket and each step of a transaction to purchase a ticket shall clearly and conspicuously disclose:

"(1) The total price of the ticket, including all fees and taxes other than shipping costs that are not determinable at a step in the transaction;

"(2) An itemized listing of all charges that comprise the total price of the ticket, including all fees and taxes; and

"(3) The seat number, zone, and section, to the extent applicable to the seat and venue.

"(b)(1) The total price of a ticket disclosed pursuant to subsection (a) of this section may be increased in a noninitial step of a transaction by the amount of reasonable shipping costs for physically delivered tickets.

"(2) The shipping costs allowed under paragraph (1) of this subsection may vary with the consumer's location relative to the shipment's location of origin and the delivery method selected by the consumer.

"(3) The total price of the ticket, including all fees, taxes, and shipping costs, shall be clearly and conspicuously disclosed prior to final purchase of the ticket.

"(c)(1) A ticket issuer, secondary ticket exchange, or reseller directly engaged in a transaction with a consumer shall provide a full refund, including all fees and taxes, if:

"(A) The ticket is counterfeit;

"(B) The event is canceled; or

"(C) The ticket does not conform to the description provided at the time of purchase.

"(2) Refunds shall be issued within 10 days of the event's cancellation or discovery of non-conformance.

"(3) Notwithstanding paragraphs (1) and (2) of this subsection, a nonprofit corporation organized under Chapter 4 of Title 29 of the District of Columbia Official Code shall not be required to provide a refund if a consumer elects to donate the cost of their ticket.

"§ 28-5503. Prohibition on the sale or resale of speculative tickets.

"A reseller or a secondary ticket exchange shall not sell, resell, or offer to sell or resell speculative tickets.

"§ 28-5504. Transferability of tickets.

"(a) A ticket issuer shall not restrict the transferability of a ticket sold unless the terms and conditions on transferability are clearly and conspicuously disclosed to the consumer prior to purchase and the consumer acknowledges receipt of such disclosure prior to purchase.

"(b) A ticket issuer may, subject to applicable District or federal law:

"(1) Maintain and enforce policies and conditions or requirements for ticket purchase with respect to conduct, behavior, public health and safety, or age at the venue or event; and

"(2) Establish limits on the quantity of tickets that may be purchased.

"§ 28-5505. Requirement of reasonable technology for a ticket issuer and secondary ticket exchange.

"A ticket issuer and secondary ticket exchange, to the extent applicable and under the totality of the circumstances, shall implement and maintain reasonable technology to prevent any machine, device, computer program, or computer software, with or without human assistance, from bypassing security measures or access control systems designed to limit the number of tickets that can be purchased by a person on a primary or secondary ticket exchange.

"§ 28-5506. Requirements for resale of tickets.

"(a) A secondary ticket exchange shall, prior to a ticket being resold or offered to be resold:

"(1) Verify that the reseller meets all licensure and bonding requirements established in § 47-2890.02; and

"(2) Disclose the original purchase price of the ticket, including all fees and taxes in connection with the initial purchase price of the ticket.

"(b) Except as provided in subsection (c) of this section, a reseller or secondary ticket exchange shall not sell or offer to sell a ticket that exceeds the total price of the initial ticket, including all fees and taxes in connection with the initial ticket, plus up to 10% of the total price of the initial ticket, including all fees and taxes in connection with the initial ticket.

"(c) A secondary ticket exchange may charge a fee for the service of providing a marketplace for the resale of a ticket, which may be in addition to any fees described in subsection (b) of this section; provided, that the fee shall not exceed 10% of the total price of the initial ticket, including all fees and taxes in connection with the initial ticket.

"§ 28-5507. Rules.

"(a) The Mayor, pursuant to § 2-501 *et seq.*, shall issue rules to implement the provisions of this chapter.

"(b) Notwithstanding subsection (a) of this section, the Mayor may adjust the price and fee restrictions imposed in § 28-5506(b) and (c) by rulemaking no earlier than January 1, 2028; except, that the Mayor shall not:

"(1) Restrict the sale or offering for sale of a ticket below the total price of the initial ticket, including all fees and taxes in connection with the initial ticket, or more than 20% above the total price of the initial ticket, including all fees and taxes in connection with the initial ticket; or

"(2) Reduce a fee that a secondary ticket exchange may charge for the service of providing a marketplace for the resale of a ticket to below 5% or more than 20% of the total price of the initial ticket, including all fees and taxes in connection with the initial ticket.

"(c) Proposed rules issued pursuant to this section shall be submitted to the Council for a 45-day period of review, excluding Saturdays, Sundays, legal holidays and days of Council recess. If the Council does not approve or disapprove the proposed rules, in whole or in part, by resolution within this 45-day period, the proposed rules shall be deemed approved.

"§ 28-5508. Penalties and enforcement.

"(a) A violation of this chapter shall be a Class 2 civil infraction and subject to fines pursuant to section 3201 of Title 16 of the District of Columbia Municipal Regulations (16 DCMR § 3201).

"(b) Failure to comply with the requirements of this chapter shall be an unlawful trade practice under § 28-3904.

"(c) The civil penalty imposed pursuant to subsection (a) of this section shall be in addition to the remedies available to the Attorney General pursuant to § 28-3909.

"§ 28-5509. Prohibition on surveillance-based price discrimination.

"(a) Except as provided in subsection (c) of this section, a ticket issuer, reseller, or secondary ticket exchange shall not use personally identifiable information collected through electronic surveillance technology, technological methods, systems, or tools, including sensors, cameras, device tracking, biometric monitoring, or other forms of observation or data collection capable of gathering personally identifiable information about a consumer's behavior, characteristics, location, or other personal attributes, whether in physical or digital environments, to set a price, fee, or discount for a ticket covered under this chapter.

"(b) For the purposes of this section, the term "personally identifiable information" means information that can be used to distinguish or trace an individual's identity, either alone or when combined with other personal or identifying information that is linked or linkable to a specific individual.

"(c)(1) The prohibition described in subsection (a) of this section shall not apply where a reduction in the price or fees for a ticket covered under this chapter is:

"(A) Set based on publicly available eligibility criteria that any consumer can satisfy on equal terms, including, voluntarily:

"(i) Signing up for a mailing list;

"(ii) Enrolling in a loyalty, membership, or rewards program;

"(iii) Registering for promotional communications; or

"(iv) Participating in a promotional event;

"(B) Provided to members of a broadly defined group, such as teachers, active or retired military, senior citizens, students, members of a loyalty or membership program, or group purchasers, so long as consumers voluntarily and knowingly provide information sufficient to identify their membership in such group, including presentation of a student or military identification card; or

"(C) Provided to recipients of a publicly established need-based program.

"(2) Notwithstanding paragraph (1) of this subsection, any reduction in the price or fees pursuant to paragraph (1) of this subsection for a ticket covered under this chapter shall be:

"(A) Specified in terms and eligibility criteria that are clearly and conspicuously disclosed; and

"(B) Provided to a consumer without the use of personally identifiable information other than the use of personally identifiable information permitted under this subsection.

"(d) The prohibition in subsection (a) of this section shall not prohibit the use of location data to determine jurisdiction specific requirements for offering or providing consumers with a ticket covered under this chapter, including to calculate taxes.".

Sec. 3. Subchapter IV of Chapter 28 of Title 47 of the District of Columbia Official Code is amended as follows:

(a) The table of contents is amended by adding a new designation for part H to read as follows:

"Part H.

"Ticket Resellers and Secondary Ticket Exchanges.

"47-2890.01. Definitions.

"47-2890.02. Ticket resellers.

"47-2890.03. Secondary ticket exchanges.

"47-2890.04. Reporting requirements.

"47-2890.05. Penalties and enforcement.".

(b) A new part H is added to read as follows:

"Part H.

"Ticket Resellers and Secondary Ticket Exchanges.

"§ 47-2890.01. Definitions.

"For the purposes of this chapter, terms shall have the same meaning as set forth in § 28-5501.

"§ 47-2890.02. Ticket resellers.

"(a)(1) No reseller that posts 50 or more ticket resale listings in a year shall operate in the District without obtaining a license from the Department.

"(2) If a reseller lists a single ticket for resale across multiple secondary ticket exchange platforms, the total number of listings for the ticket shall count toward the threshold provided in paragraph (1) of this subsection.

"(b) An applicant for licensure shall provide the following information to the Department:

"(1) Their full legal name and any aliases or usernames used in the resale of tickets;

"(2) Their contact information, including a physical street address, email address, and phone number;

"(3) All associated entities involved in the resale of tickets;

"(4) Proof of current surety bond as required by subsection (d) of this section; and

"(5) Any additional information required by the Department.

"(c) All entities under common ownership or control of a person shall be considered one reseller for the purposes of the license requirements imposed under this section.

"(d)(1) A reseller that lists 50 or more tickets for resale in a year shall maintain a surety bond of $25,000 to ensure compensation to consumers in cases where the reseller fails to deliver purchased tickets or engages in fraudulent activities.

"(2) The surety bond shall cover compensation for lost funds by the consumer, including travel expenses incurred by the consumer if the reseller fails to deliver the purchased tickets.

"(3) The Department may adjust the surety bond requirements by rulemaking.

"§ 47-2890.03. Secondary ticket exchanges.

"A secondary ticket exchange shall obtain a basic business license to operate in the District in accordance with § 47-2851.02.

"§ 47-2890.04. Reporting requirements.

"(a) The Department shall maintain a list of licensed resellers and make the list available to the public via the Department's website. The list shall:

"(1) Include the legal name, aliases, and associated entities of all registered resellers;

"(2) Be updated at least quarterly; and

"(3) Include information on any violations of this part and Chapter 55 of Title 28 of the District of Columbia Official Code within the past 5 years.

"(b) A licensed reseller shall retain for 3 years:

"(1) The total number of tickets resold by the licensed reseller;

"(2) The original purchase price of each ticket purchased by the licensed reseller within the previous year; and

"(3) The final resale price of each ticket resold by the licensed reseller.

"(c) A secondary ticket exchange shall:

"(1) Maintain records for 3 years of all licensed resellers and all tickets resales in the District on its platform for inspection and upon request by the Department at least annually, including:

"(A) The total number of tickets resold by a licensed reseller on its platform;

"(B) The original purchase price of each ticket resold by a licensed reseller; and

"(C) The final resale price of each ticket resold by a licensed reseller; and

"(2) Report any unlicensed or non-compliant resellers that sell, offer to sale, or list tickets to an event being held in the District to the Department.

"§ 47-2890.05. Penalties and enforcement.

ENROLLED ORIGINAL

"(a) The Department may suspend, revoke, or deny the license of any secondary ticket exchange or reseller found to be in violation of this part and Chapter 55 of Title 28 of the District of Columbia Official Code.

"(b) Failure to comply with the requirements of this part shall be an unlawful trade practice under § 28-3904.".

Sec. 4. Applicability.

This act shall apply as of January 1, 2027.

Sec. 5. Fiscal impact statement.

The Council adopts the fiscal impact statement in the committee report as the fiscal impact statement required by section 4a of the General Legislative Procedures Act of 1975, approved October 16, 2006 (120 Stat. 2038; D.C. Official Code § 1-301.47a).

Sec. 6. Effective date.

This act shall take effect after approval by the Mayor (or in the event of veto by the Mayor, action by the Council to override the veto) and a 30-day period of congressional review as provided in section 602(c)(1) of the District of Columbia Home Rule Act, approved December 24, 1973 (87 Stat. 813; D.C. Official Code § 1-206.02(c)(1)).

Chairman
Council of the District of Columbia

Mayor
District of Columbia
APPROVED
AUGUST 10, 2026

**COUNCIL OF THE DISTRICT OF COLUMBIA**

**WASHINGTON, DC, 20004**

Docket No. B26-0224

[ ] ITEM ON CONSENT CALENDAR

[ X ] ACTION — **First Reading**

[ X ] VOTE DATE — **June 30, 2026**

[ X ] VOICE VOTE — **Approved**

RECORDED VOTE ON REQUEST

ABSENT — **R. White**

[ ] ROLL CALL VOTE – Result

| Council Member | Aye | Nay | NV | AB | Rec | Council Member | Aye | Nay | NV | AB | Rec | Council Member | Aye | Nay | NV | AB | Rec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chairman Mendelson | X | | | | | Frumin | X | | | | | Pinto | X | | | | |
| Allen | X | | | | | Henderson | X | | | | | R. White | | | | X | |
| Bonds | X | | | | | Lewis George | X | | | | | T. White | X | | | | |
| Crawford | X | | | | | Nadeau | X | | | | | | | | | | |
| Felder | X | | | | | Parker | X | | | | | | | | | | |

**X - Indicate Vote** **AB – Absent** **NV - Present, Not Voting** **Rec - Recused**

CERTIFICATION RECORD

Secretary to the Council

8·4·26
Date

Docket No. B26-0224

[ ] ITEM ON CONSENT CALENDAR

[ X ] ACTION — **Final Reading**

[ X ] VOTE DATE — **July 14, 2026**

[ X ] VOICE VOTE — **Approved**

RECORDED VOTE ON REQUEST

ABSENT

[ ] ROLL CALL VOTE – Result

| Council Member | Aye | Nay | NV | AB | Rec | Council Member | Aye | Nay | NV | AB | Rec | Council Member | Aye | Nay | NV | AB | Rec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chairman Mendelson | X | | | | | Frumin | X | | | | | Pinto | X | | | | |
| Allen | X | | | | | Henderson | X | | | | | R. White | X | | | | |
| Bonds | X | | | | | Lewis George | X | | | | | T. White | X | | | | |
| Crawford | X | | | | | Nadeau | X | | | | | | | | | | |
| Felder | X | | | | | Parker | X | | | | | | | | | | |

**X - Indicate Vote** **AB – Absent** **NV - Present, Not Voting** **Rec - Recused**

CERTIFICATION RECORD

Secretary to the Council

8·4·26
Date