**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL ASSOCIATION OF TICKETING PROFESSIONALS *et al.*,

Plaintiffs,

v.

DISTRICT OF COLUMBIA,

Defendant.

Case No. 26-cv-3620

**ORAL ARGUMENT REQUESTED**

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiffs National Association of Ticketing Professionals ("NATP" or the "Association"), ASC Ticket Company, and Stage Front Tickets, Inc. respectfully move this Court to preliminarily enjoin Defendant District of Columbia—as well as its officers, agents, employees, and all persons acting in concert with it—from implementing or enforcing the price restriction on resale transactions established by the Restricting Egregious Scalping Against Live Entertainment (RESALE) Amendment Act of 2026, D.C. Act 26-410 (the "Act"), codified at D.C. Code § 28-5506(b) (the "Price Cap"), against Plaintiffs and NATP's members.

The Act's Price Cap prohibits the resale of a ticket for live events (with some exceptions) for more than the price of the initial ticket plus 10% of that price. As explained in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction, this aspect of the Act likely violates the United States Constitution and the District's Home Rule Act. Plaintiffs are thus likely to succeed on the merits of their claims. And they have met the other requirements for a preliminary injunction because they have also shown that the Price Cap will

irreparably harm them absent injunctive relief and that the balance of equities and public interest favor preserving the status quo while this litigation proceeds.

The Act has taken effect as of September 25, 2026, and its provisions—including the Price Cap—will begin applying on January 1, 2027. To avoid irreparable harm and to permit timely appellate review if necessary, Plaintiffs respectfully request that the Court decide this Motion by December 10, 2026.

This Court should not require a bond under Federal Rule of Civil Procedure 65(c). Courts "routinely waive the bond requirement" when "the government is the enjoined party and no concrete economic injury is established." *N. Am's Building Trades Unions v. Dep't of Def.*, 783 F. Supp. 3d 290, 315 (D.D.C. 2025). The District would not suffer such economic injury by maintaining the status quo while this litigation proceeds. Nor would an injunction "require expenditure of public funds that the government might not be able to recoup." *Vera Inst. of Justice v. DOJ*, 2025 WL 3516156, at *2 (D.D.C. July 21, 2025) (finding that "Plaintiffs need not post an injunction bond" in such circumstances).

**STATEMENT PURSUANT TO LOCAL CIVIL RULE 7(m)**

This motion is filed concurrently with Plaintiffs' complaint, so it was not possible to timely identify counsel for Defendant to meet and confer. Plaintiffs have emailed the Office of the Attorney General at oagserviceofprocess@dc.gov to request a meet-and-confer regarding this motion. As of the filing of this motion, Plaintiffs' counsel do not know Defendant's position on it.

Dated: October 16, 2026

Respectfully submitted,

/s/ *Jessie K. Liu*

Jessie K. Liu (D.C. Bar No. 472845)
Justin V. Shur (D.C. Bar No. 973855)
Richard H. Poulson (D.C. Bar No. 90015456)

**LIU SHUR KRAVIS LLP**
607 Fourteenth Street, N.W.
Suite 625
Washington, D.C. 20005
Phone: (202) 240-7100
jessie.liu@lskllp.com
justin.shur@lskllp.com
hundley.poulson@lskllp.com

*Attorneys for Plaintiffs National Association of Ticketing Professionals; ASC Ticket Company; and Stage Front Tickets, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on October 16, 2026, the foregoing Plaintiffs' Motion for a Preliminary Injunction, together with the accompanying Memorandum and proposed order, was filed through the court's electronic filing system. That system will send electronic notice of this filing to all counsel of record. I further certify that this motion was emailed to oagserviceofprocess@dc.gov, pursuant to the District of Columbia Office of the Attorney General's instructions providing the preferred method for serving the District.

/s/ *Jessie K. Liu*
Jessie K. Liu