**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL ASSOCIATION OF TICKETING PROFESSIONALS *et al.*,

Plaintiffs,

v.

DISTRICT OF COLUMBIA,

Defendant.

Case No. 26-cv-3620

**DECLARATION OF JESSIE K. LIU IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to 28 U.S.C. § 1746, I, Jessie K. Liu, declare as follows:

1. I am an attorney and am admitted to practice law in the District of Columbia, Illinois, Texas, and Virginia. I represent Plaintiffs in this matter.

2. I am over the age of eighteen and competent to make this declaration. I have personal knowledge of the facts set forth in this declaration based on information reviewed and/or referenced herein.

3. I submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

4. Attached as Exhibit A is a true and correct copy of a report by the Committee on Public Works and Operations, dated June 22, 2026.

5. Attached as Exhibit B is a true and correct copy of a letter dated April 9, 2025, from Councilmember Charles Allen to Secretary Nyasha Howard that introduces the bill that became the *Restricting Egregious Scalping Against Live Entertainment (RESALE) Amendment Act of 2026*, D.C. Act 26-410.

6. Attached as Exhibit C is a true and correct copy of the testimony of Audrey Fix Schaefer, Director of Communications for I.M.P., before the Committee on Public Works and Operations dated October 22, 2025.

7. Attached as Exhibit D is a true and correct copy of the testimony of Ryan Nicholas, Legislative Director, Office of the Deputy Mayor for Planning and Economic Development, before the Committee on Public Works and Operations dated October 22, 2025.

8. Attached as Exhibit E is a true and correct copy of the testimony of the National Consumers League before the Committee on Public Works and Operations dated November 5, 2025.

9. Attached as Exhibit F is a true and correct copy of the testimony of Professor Chris Gowen before the Committee on Public Works and Operations dated October 22, 2025.

10. Attached as Exhibit G is a true and correct copy of the testimony of Professor Marianne Jennings submitted in connection with the Public Works Committee's public hearing on October 22, 2025.

11. Attached as Exhibit H is a true and correct copy of the testimony of Get Safe Online before the Committee on Public Works and Operations dated November 5, 2025.

12. Attached as Exhibit I is a true and correct copy of an amendment to B26-0224 introduced by Councilmembers Charles Allen and Christina Henderson dated June 30, 2026.

13. Attached as Exhibit J is a true and correct copy of an amendment to B26-0224 introduced by Councilmember Brooke Pinto dated July 13, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2026, in Washington, D.C.

/s/ *Jessie K. Liu*
Jessie K. Liu