# **Exhibit C**

TESTIMONY **IN SUPPORT** OF B26-0224

Restricting Egregious Scalping Against Live Entertainment (RESALE) Amendment Act of 2025

Audrey Fix Schaefer
Director of Communications, I.M.P./9:30 Club/The Anthem/Lincoln Theatre/The Atlantis

I'm Audrey Fix Schaefer, director of communications for I.M.P., 9:30 Club, The Anthem, The Atlantis, and we operate the Lincoln Theatre in DC. I'm testifying in support of the RESALE Act – and with gratitude for Councilmember Charles Allen for drafting it, Councilmember Nadeau for chairing this hearing and the rest of the committee. Make no mistake, this is the most pro-consumer protection bill we've seen pertaining to DC concert ticket sales, and I believe that is why 8 councilmembers co-introduced it in April - including those on this committee. And I also believe it's why you'll hear today from a bastion of those representing predatory ticket resellers -- and the platforms that make billions from them.

I.M.P. is the independent concert promoter that's been a fixture in the town since 1980, with my boss first booking the original 9:30 Club with its tiny 200-person capacity when it was at 930 F Street – in a part of town that few dared go. In 1996 we moved to a bigger venue at 9th and V Streets NW. At the time, the neighborhood consisted of abandoned buildings, and us. My boss believed if he booked the right artists at the right price, fans would make the scary trek. And look at the neighborhood around us now. We're surrounded by great restaurants, bars, apartments, shops and grocery stores that didn't exist when we moved in 1996.

But we're not alone. DC is home to incredible independent, locally owned and operated venues that contribute to the community's prosperity and culture. All owned and run by locals. These are people who risk so much in an incredibly hard business with thin margins – while battling conglomerates and multinational corporations. We are the Davids in a world of swarming Goliaths. Adding to the list of Goliaths, the ticketing platforms like StubHub, Vivid Seats, TicketNetwork, Ticket Center and SeatGeek.

Concert goers are being gouged and deceived. Scalpers selling are "speculative" tickets, which are fake tickets, and putting them on sale before we, the venue, have sold a single ticket. One recent example: we announced that the band TV on the Radio was going to play the Lincoln Theatre, and before *we* sold a single ticket – we saw tickets on StubHub and Vivid Seats -- some going for as much as $1400. When the real tickets actually went on sale two days later, they were $55 each. Spec ticketing fools people into a sense of false scarcity. The solution: **ban speculative ticketing entirely**. You'll hear from Vivid Seats and those claiming to be consumer groups - but are sponsored by the ticket platforms - that spec ticketing should be permitted so long as it's disclosed, or that concierge services for busy people should be allowed. That's just an obvious loophole they fight for to enable spec ticketing to continue. DC should not permit that.

As a venue, we bear all the financial risk. We pay the artists, our employees, rent, insurance and a myriad of taxes and licenses, and we provide security, food and beverage, and all the other components required to put on shows and festivals. The artists create the art, hire band members, lighting and sound engineers, tour managers, agents, business managers, and bus drivers and pay for hotels, food, and transportation for themselves and their entire crew. Why should scalpers take advantage of customers and make more on a performance than the artists and venues that have invested in the show?

Secondary sites are awash with fraudulent tickets, and they may have a quote, unquote "guarantee," for tickets, but when fans come to our box offices with fake tickets, it's us at the venue that are faced with an understandably angry customer that thinks it's our fault. And that resellers' quote, unquote "guarantee" never repays the customer for their flights to town, hotels, meals, and lost wages. The duped customer is left holding the bag and missing the entertainment experience they longed for.

You may know that the BOTS law, which went into effect in 2016, was created to thwart scalpers who vacuum up tickets using BOTS and algorithms before real fans can place an order. Then they list them on resale platforms like StubHub, Vivid Seats and TicketNetwork, which literally make billions of dollars off the backs of the artists and venues who actually make these events happen.

**Unfortunately, the BOTS law has only been enforced one time in nine years** – and that was in NY -- and so the abuse is rampant. It seems no government entity, including here in DC, has the capacity to enforce this law. **But there is a fix for that.**

**PRICE CAPS.** Those must be the two must frightening words for scalpers and the platforms that enable them, as you'll hear from their testimony today. PRICE CAPS are what will ensure that real fans get an equal chance to buy tickets when they go on sale. Remember all the stories of people flying to France to see Taylor Swift, because it was cheaper to see her there? That's because France has price caps. So Washingtonians spent their money on planes, hotel rooms and food in France, taking all their dollars with them.

Price caps will be an economic boon for DC. Not only will people see more shows here and spend more at DC's restaurants, hotels and bars -- but artists will want to play here so their fans don't get fleeced. We can be the next concert travel destination instead of Paris.

Which brings me to more gouging. Let me give you some examples. We track what's happening on the resale sites for all of our venues. So far this year, we've found at more 61,000 tickets that were *at least double* the face value, for a total amount of more than *$60 million*. Some specific examples: the average ticket price at The Atlantis is $29, but the average resale is more than 10 times that much - $355. At The Anthem, the tickets for John Mulaney were $135, and StubHub's average was $724.

Who does this gouging harm? The fans, of course, who can then see fewer shows or won't be able to buy a concert T-shirt because no one has limitless resources. Who else is harmed? The artist on stage, whose fans often perceive these scalped tickets and gouged prices as being their fault without recognizing that they were deceived by a third party.; Who else is harmed? Other artists who won't be discovered because fans can't afford to go to more shows. Finally, venues like ours are harmed, because fans can't afford to attend additional shows or spend on food and merchandise when with us, and because we're the ones who have to try to help an emotional fan when they realize they've been duped.

Major resale platforms claim they are simply connecting music lovers with each other. Yet the ***majority*** of sales on many secondary platforms are conducted by professional opportunist looking to turn a profit, according to the investigative news outlet Reveal.

Scalpers trick consumers into thinking they're buying from us using websites that parrot us by abusing our brand and intellectual property, and by using unregulated Google search engine optimization to have their sites listed way above ours. They also continue to use illegal BOTS and algorithms to scoop up tickets before real fans have a fair chance, causing fans to overpay dramatically and unnecessarily.

Why do we support this legislation? It provides comprehensive reforms that take the profit motive out of predatory ticket selling once and for all in DC. It prohibits ticket resellers from gouging DC consumers, it bans fake tickets, it ensures fans who can't make it to a show can sell their tickets to other fans at face value, it requires transparency, and it codifies that a concert ticket is a license, not property. The last point is crucial. I'm not an attorney so I'll explain the difference in layperson's terms. A concert ticket is a license to enter our venue - it's your permission slip for that show, on that evening. You'll hear those vying to change the classification to "property" or say the purchaser is a "rights holder" because those other entities don't want the artist, the venue, or you - our government representatives, to stop them from overcharging. The rights holder is the entity initially selling the ticket, not those who purchase it with the sole purpose of profiting off others' work.

This is why we fight for consumer protection. We want to ensure that fans will want to come back to our venue, or anyone else's, for decades to come. Scalpers who scam and the platforms that host them have no such interest in a long-term relationship. It's not about the art or the fun night out for them. It's only about the bottom line, treating these emotional opportunities like market commodities. We fully support fans who can't make a show being able to sell their tickets at face value to recoup their money and allow someone else to enjoy a night out. But this rampant and abusive ticket scalping is simply a form of unregulated arbitrage that disadvantages fans, artists and venues alike, and it must be stopped.

I'll end by noting that this proposed legislation is nothing short of groundbreaking. I predict, when turned into law, it will be the national gold standard for consumer protection and artists will choose to play in DC over neighboring states as a result. It's just that good. I respectfully urge you to vote for the RESALE ACT. You know it's a good Act, not just because of all the independent venues and artists have come out to fight for it, but because the secondary ticketing companies and the interest groups they support came out against it.