# Exhibit H

**November 5, 2025**

**Councilmember Brianne Nadeau, Chairperson**
**Committee on Public Works and Operations**
**Council of the District of Columbia**
**1350 Pennsylvania Avenue, NW**
**Washington, D.C. 20004**

**RE: Correcting the Record on Resale Price Caps—How They Strengthen Ticketmaster's Monopoly and Fuel Fraud**

Dear Chairperson Nadeau and Members of the District of Columbia Council,

We watched the recent Committee hearing on the RESALE Act with great interest. Our criminologists and researchers who have spent years studying fraud, have looked closely at the real-world impacts of ticket resale price caps in countries where they exist, such as Ireland. As such, Get Safe Online feels compelled to clarify several claims made by Adam Webb of FanFair Alliance during his testimony as well as some other points made during the hearing.

**Mr. Webb's assertions require correction on three critical points:**

**First**, there IS widespread fraud arising from price caps. Our research in Ireland—where price caps have been in effect since 2021 [^7][^8]—documents extensive, sophisticated fraud networks that emerged directly as a result of these policies.

**Second**, it is categorically false that "no banks have complained." Financial institutions across Ireland and other markets have issued repeated public warnings about the surge in ticket fraud. Major UK banks have explicitly warned regulators that price caps "may fuel £100 million in ticket fraud,"[^3] with specific warnings issued by the Bank of Ireland,[^4] AIB, and multiple payment platforms about the epidemic of scams occurring through unregulated social media channels.[^1][^2]

**Third**, resale price caps strengthen Ticketmaster's monopoly. This is precisely why Ticketmaster has been pushing for price caps, including advocating for a 20% resale cap in their recent filing to federal authorities.[^12]

Let us explain why this is true.

**The Simple Economics of Price Caps**
When a government imposes a resale price cap, it creates a two-tiered market. Sellers face a choice:

1. **Sell at a loss on regulated platforms** like Ticketmaster's resale marketplace; where Ticketmaster is able to “triple dip” on fees.[FOOTER]
2. **Sell at market value through unregulated channels** like Facebook Groups, Instagram, or other underground illegal market venues.

This isn't theoretical—it's exactly what we observed in Ireland following implementation of the Sale of Tickets Act 2021.[^7][^8]

**How This Benefits Ticketmaster**

Ticketmaster currently controls approximately 80% of the primary ticket market in the United States.[^13] In places without price caps, they face robust competition in the secondary market from platforms like StubHub, Vivid Seats, and others. These competitors offer consumer protections, fraud guarantees, and transparent pricing.

But in markets with price caps—like Ireland—here's what happens:

**For Sellers Who Want to Make Money or Break Even:**
They bypass regulated platforms entirely and move to Facebook Groups, Craigslist, Instagram, and other unregulated channels. Why? Because if they paid $100 for a ticket and know it's worth $200, they won't voluntarily accept a $110 cap on a regulated site when they can get full value elsewhere. Plus they regularly refuse to pay the fees twice.

**For Sellers Who Want Convenience Over Being Made Whole:**
If they're willing to lose money and don't want the hassle of finding the right Facebook Group or Craigslist listing, they'll simply relist on Ticketmaster—likely where they bought the ticket originally. It's easy. It's familiar. And in the U.S. market, Ticketmaster controls 80% of primary sales, so most tickets start there anyway.

However, we've found that the inventory here is minimal. So buyers, looking for choice, are actually left with the unregulated market. Where there is no guarantee or recourse.

**The Result: Ticketmaster Gains Secondary Market Share**
By implementing price caps, governments inadvertently:

- **Eliminate Ticketmaster's regulated competition** in the secondary market
- **Force sellers into a binary choice:** lose money on Ticketmaster, or go underground

**The Ireland Case Study: What We Witnessed**
Our multi-year research project in Ireland, conducted in partnership with fraud prevention experts and consumer protection agencies, documented the following:

- **75% of resale activity moved to Facebook Groups**, particularly for high-demand events[^5]
- **Sophisticated fraud networks emerged** within weeks of the cap taking effect
- **Scammers purchased fake Facebook accounts** (costing as little as £10) to pose as legitimate fans
- **"Phantom ticket" schemes proliferated**, where scammers sold the same ticket 10, 50, even 100 times to unsuspecting buyers[^5]
- **One documented case:** A scammer sold a single Electric Picnic ticket over 100 times using Instagram and TikTok before being caught, convicted and imprisoned[^5]
- **Major Irish banks issued public warnings** about the epidemic of ticket fraud occurring through social media and unregulated payment platforms[^4]

**Contrary to Mr. Webb's testimony, banks have been extremely vocal.** In October 2025, multiple UK financial institutions collectively issued a stark warning to regulators, stating that implementing price caps could lead to over £100 million in ticket fraud. Revolut (similar to Venmo in the US) made stark warnings. Bank of Ireland specifically warned music fans about the surge in ticket scams directly tied to the price cap environment.[^4]

**Lessons from Ontario: Price Caps Are Unenforceable**

Ireland isn't the only cautionary tale. Ontario, Canada implemented a 50% price cap in 2017. Just two years later, in 2019, the provincial government suspended the policy, concluding it was "unenforceable" and would inevitably push sales to unregulated underground markets where consumers have no protections.[^10][^11] The government recognized that the cap created more problems than it solved—forcing them to scrap the entire framework.

**We urge the Committee and the entire D.C. Council to look closely at who benefits from these caps. It isn't consumers. It's the monopolist you're meant to constrain.**

We would welcome the opportunity to provide additional documentation from our Ireland research, including detailed fraud case studies, bank warnings, statistical analysis, and testimony from victims of ticket scams that arose directly from price cap policies.

Sincerely,

Andrew Little
Chief Operating Officer
07964 900232
www.getsafeonline.org