# Exhibit I

MEMORANDUM

TO: Chairman Phil Mendelson
FROM: Councilmembers Charles Allen and Christina Henderson
RE: Notice of Intent to Move an Amendment at the June 30, 2026, Legislative Meeting
DATE: June 30, 2026

This memorandum serves as notice that we intend to move an amendment to the following bill at the June 30th Legislative Meeting:

- B26-0224, the "Restricting Egregious Scalping Against Live Entertainment (RESALE) Amendment Act of 2026"

This amendment would make several changes to protect artists, venues, and consumers from unfair and deceptive practices when purchasing a ticket to see a live event here in the District. First, the bill sets a price cap for the resale of tickets to live events at the total cost of the initial ticket plus up to 10%. It also permits a secondary ticket exchange to charge a fee for the service of providing a marketplace for the resale of a ticket; provided, that the fee does not exceed 10% of the total price of the initial ticket. A price cap on the resale of tickets would stop the extreme gouging, market manipulation, and large-scale speculative resale of tickets that consumers here in the District experience daily to go see a concert or a theater performance. Allowing a 10% markup on the total price of the initial ticket allows consumers to resell tickets if their plans change and recoup typical processing fees so consumers can recover what they paid and break even if they are not able to attend a concert or show. A 10% resale cap protects consumers and promotes legitimate resale of tickets.

In response to the Committee on Public Works and Operation's rationale for creating a regulatory regime governing the price and fee structure of tickets to live events in the District, the amendment provides the Mayor flexibility to change the price and fee cap on the resale market after one year of implementation. The Mayor should have flexibility to address how the secondary market responds to the resale and fee cap; provided, that any adjustments to the price and fee cap on the resale market should not exceed specified parameters. The amendment allows the Mayor to adjust the price cap between 0% and 20% above the original ticket price and the fee cap to between 5% and 20% of the original ticket price.

The amendment preserves the ability for the Mayor to regulate fees in the primary market and clarifies that this authority applies only to fees assessed by the platforms themselves – for "providing a marketplace" for the issuance, sale, and resale of tickets – not any fees assessed by venues themselves.

Lastly, this amendment strikes language in the applicability section that rendered certain sections of the legislation subject to appropriations. The Council fully funded the costs identified by the Office of the Chief Financial Officer for this bill in both the Fiscal Year 2027 Local Budget Act of 2026 and the Fiscal Year 2026 Revised Local Budget Emergency Act of 2026. The entire legislation would become effective on January 1, 2027.

Please contact Antonio Nunes at anunes@dccouncil.gov with any questions.

Councilmember Christina Henderson

Councilmember Charles Allen

AN AMENDMENT

#1

IN THE COUNCIL OF THE DISTRICT OF COLUMBIA

**DATE:** June 30, 2026

**OFFERED BY:** Councilmembers Charles Allen and Christina Henderson

**TO:** B26-0224, the "Restricting Egregious Scalping Against Live Entertainment (RESALE) Amendment Act of 2026"

**VERSION:**

___ Introduced
___ Committee Report
___ Committee Print
_X_ First Reading
___ Amended First Reading
___ Engrossed
___ Enrolled
___ Amendment in the Nature of a Substitute

**Amendment**

(a) Section 2 is amended as follows:

(1) Amendatory section 28-5506 is amended by adding new subsections (b) and (c) to read as follows:

"“(b) Except as provided in subsection (c) of this section, a reseller or secondary ticket exchange shall not sell or offer to sell a ticket that exceeds the total price of the initial ticket, including all fees and taxes in connection with the initial ticket, plus up to 10% of the total price of the initial ticket, including all fees and taxes in connection with the initial ticket.

"“(c) A secondary ticket exchange may charge a fee for the service of providing a marketplace for the resale of a ticket, which may be in addition to any fees described in subsection (b) of this section; provided, that the fee shall not exceed 10% of the total price of the initial ticket, including all fees and taxes in connection with the initial ticket.”"

(2) Amendatory section 28-5507 is amended to read as follows:

""(a) The Mayor, pursuant to Title I of the District of Columbia Administrative Procedure Act, approved October 21, 1968 (82 Stat. 1204; D.C. Official Code § 2-501 *et seq.*), shall issue rules to implement the provisions of this chapter.

""(b) In addition to the rules in subsection (a), the Mayor is authorized to promulgate rules governing the maximum fees for the service of providing a marketplace for the issuance or sale of an initial ticket.

""(c) Notwithstanding subsection (a) of this section, the Mayor may adjust the price and fee restrictions imposed in § 28-5506(b) and (c) by rulemaking no earlier than January 1, 2028; provided, that the Mayor shall not:

""(1) Restrict the sale or offering for sale of a ticket below the total price of the initial ticket, including all fees and taxes in connection with the initial ticket, or more than 20% above the total price of the initial ticket, including all fees and taxes in connection with the initial ticket; or

""(2) Reduce a fee that a secondary ticket exchange may charge for the service of providing a marketplace for the resale of a ticket to below 5% or more than 20% of the total price of the initial ticket, including all fees and taxes in connection with the initial ticket."

""(d) Proposed rules pursuant to this subsection shall be submitted to the Council for a 45-day period of review, excluding Saturdays, Sundays, legal holidays and days of Council recess. If the Council does not approve or disapprove the proposed rules, in whole or in part, by resolution within this 45-day period, the proposed rules shall be deemed approved.".".

(3) A new amendatory section 28-5509 is added to read as follows:

""§ 28-5509. Prohibition on surveillance-based price discrimination.

""(a) A ticket issuer, reseller, or secondary ticket exchange shall not use personally identifiable information collected through electronic surveillance technology, technological methods, systems, or tools, including sensors, cameras, device tracking, biometric monitoring, or other forms of observation or data collection capable of gathering personally identifiable information about a consumer's behavior, characteristics, location, or other personal attributes, whether in physical or digital environments, to set the price for a ticket covered under this chapter.

""(b) For the purposes of this section, the term "personally identifiable information" means information that can be used to distinguish or trace an individual's identity, either alone or when combined with other personal or identifying information that is linked or linkable to a specific individual.".".

(b) Strike section 4(b).

**Rationale**

This amendment would make several changes to protect artists, venues, and consumers from unfair and deceptive practices when purchasing a ticket to see a live event here in the District. First, the bill sets a price cap for the resale of tickets to live events at the total cost of the initial ticket plus up to 10%. It also permits a secondary ticket exchange to charge a fee for the service of providing

a marketplace for the resale of a ticket; provided, that the fee does not exceed 10% of the total price of the initial ticket. A price cap on the resale of tickets would stop the extreme gouging, market manipulation, and large-scale speculative resale of tickets that consumers here in the District experience daily to go see a concert or a theater performance. Allowing a 10% markup on the total price of the initial ticket allows consumers to resell tickets if their plans change and recoup typical processing fees so consumers can recover what they paid and break even if they are not able to attend a concert or show. A 10% resale cap protects consumers and promotes legitimate resale of tickets.

In response to the Committee on Public Works and Operation's rationale for creating a regulatory regime governing the price and fee structure of tickets to live events in the District, the amendment provides the Mayor flexibility to change the price and fee cap on the resale market after one year of implementation. The Mayor should have flexibility to address how the secondary market responds to the resale and fee cap; provided, that any adjustments to the price and fee cap on the resale market should not exceed specified parameters. The amendment allows the Mayor to adjust the price cap between 0% and 20% above the original ticket price and the fee cap to between 5% and 20% of the original ticket price.

The amendment preserves the ability for the Mayor to regulate fees in the primary market and clarifies that this authority applies only to fees assessed by the platforms themselves – for "providing a marketplace" for the issuance, sale, and resale of tickets – not any fees assessed by venues themselves.

Lastly, this amendment strikes language in the applicability section that rendered certain sections of the legislation subject to appropriations. The Council fully funded the costs identified by the Office of the Chief Financial Officer for this bill in both the Fiscal Year 2027 Local Budget Act of 2026 and the Fiscal Year 2026 Revised Local Budget Emergency Act of 2026. The entire legislation would become effective on January 1, 2027.

OFFICE OF THE GENERAL COUNSEL
Council of the District of Columbia
1350 Pennsylvania Avenue NW, Suite 4
Washington, DC 20004
(202) 724-8026

**MEMORANDUM**

**TO:** **Councilmember Charles Allen**

**FROM:** **Nicole L. Streeter, General Counsel** NLS

**DATE:** **June 30, 2026**

**RE:** **Legal sufficiency determination for Amendment to Bill 26-224, the Restricting Egregious Scalping Against Live Entertainment (RESALE) Amendment Act of 2026**

---

The amendment is legally and technically sufficient for Council consideration.

This amendment would establish a price cap for the resale of tickets to live events at the total cost of the initial ticket, including fees and taxes, plus up to 10% of the initial ticket price. It also permits a secondary ticket exchange to charge a fee for the service of providing a marketplace for the resale of a ticket; provided, that the fee does not exceed 10% of the total price of the initial ticket.

The amendment would authorize the Mayor to issue rules governing the maximum fees for the service of providing a marketplace for the issuance or sale of an initial ticket. The amendment would also authorize the Mayor to issue rules to change the price and fee cap, within certain limits, beginning one year after the bill is implemented.

The amendment would provide that a ticket issuer, reseller, or secondary ticket exchange shall not use personally identifiable information to set the price for a ticket covered by the bill.

Finally, the amendment strikes language in the applicability section that rendered certain sections of the legislation subject to appropriations.

I am available if you have any questions.

# COUNCIL OF THE DISTRICT OF COLUMBIA
## Office of the Budget Director
## Fiscal Impact Statement

**Jennifer Budoff – Budget Director**

**LEGISLATIVE MEETING:**
June 30, 2026

**SHORT TITLE:**
Restricting Egregious Scalping Against Live Entertainment (RESALE) Amendment Act of 2026

**TYPE:**
Amendment
*Circulated: 6/30/26 1:49 pm*

**REQUESTING MEMBER:**
Councilmember Charles Allen

**FISCAL IMPACT:**
Funds are sufficient

www.dccouncil.gov
www.dccouncilbudget.com

### Conclusion

This amendment will not change the implementation costs of the underlying legislation,[1] which the Council fully funded in the approved Fiscal Year 2026 Revised Local Budget Adjustment Emergency Act of 2026 and the Fiscal Year 2027 budget and financial plan.

### Background

The underlying legislation creates a new regulatory framework for the sale and resale of live event tickets. Provisions include ticket price disclosure requirements, prohibitions on the sale of speculative tickets, limitations on bulk and automated purchases of live event tickets, licensing and bonding requirements for secondary ticket exchanges, regulatory authority for the District to cap ticket resale prices, and civil infraction provisions.

This amendment creates a statutory cap on the price of a ticket resold by a reseller or secondary ticket exchange; the cap is 110% of the initial price of the ticket, including taxes and fees. The reseller or exchange may also charge a service fee of up to 10% of the initial ticket price.

Starting on January 1, 2028, the Mayor through rulemaking can adjust these caps to up to 20% of the initial ticket price including taxes and fees plus between 5% to 20% of the initial ticket price for a service fee. Those rules must be transmitted to Council for a 45-day passive review period, excluding weekends, legal holidays, and Council recess periods.

This amendment also prohibits ticket issuers, resellers, or secondary ticket exchanges from varying prices based on an individual's personally identifiable information collected through electronic surveillance or tracking.

The amendment also updates the applicability provision to reflect that the bill is fully funded as of Fiscal Year 2027 and sets the bill's applicability date as January 1, 2027.

---

[1] Office of the Chief Financial Officer, Fiscal Impact Statement – Restricting Egregious Scalping Against Live Entertainment (RESALE) Amendment Act of 2026 (June 18, 2026).

This fiscal impact of this amendment can be absorbed by the funding for the underlying legislation provided in the approved Fiscal Year 2026 Revised Local Budget Adjustment Emergency Act of 2026 and the Fiscal Year 2027 budget and financial plan.