**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TICKET POLICY FORUM, INC., *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**DISTRICT OF COLUMBIA,**<br><br>**Defendant.** | **No. 1:26-cv-03577-CJN** |
| **NATIONAL ASSOCIATION OF TICKETING PROFESSIONALS, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**DISTRICT OF COLUMBIA,**<br><br>**Defendant.** | **No. 1:26-cv-03620-CJN** |

**JOINT STATUS REPORT**

In the above-captioned cases, the Court ordered the Parties to meet and confer and file joint status reports addressing (1) a proposed briefing schedule for the motions for a preliminary injunction filed in both cases, (2) whether hearings on the motions are necessary, and if so, a proposed date and time, (3) whether the Parties anticipate factual disputes between affiants, and (4) the Parties' positions on whether the cases are related. For efficiency, the Parties in both

cases met and conferred together and file this single joint status report to address the orders in both cases.[1]

**Proposed Briefing Schedule:** The Parties agree on the following briefing schedule: The District shall file its opposition briefs in both cases on November 9. Plaintiffs in both cases shall file their reply briefs on November 16.

**Hearings:** Plaintiffs in both cases request oral argument. The District does not request oral argument and leaves to the Court's discretion whether oral argument is necessary or helpful. No party requests an evidentiary hearing.

If the Court chooses to hold oral argument, the Parties request that the Court hold argument at 10:00 a.m. on November 23 or another time that day that is convenient for the Court.

**Fact Issues:** The *TPF* Plaintiffs' position is that there are no anticipated factual disputes between affiants. The *NATP* Plaintiffs' position is that they do not anticipate factual disputes between affiants based on the current record. The District's position is that, at this time, it does not anticipate factual issues between affiants that would necessitate an evidentiary hearing. But the District is still reviewing the voluminous record and was only served late last week.

**Related Case Designation:** The *TPF* Plaintiffs' position is that the *NATP* case is related because it challenges the same law and may be coordinated with the *TPF* case for purposes of scheduling, briefing, and oral argument, but the two cases should not be consolidated. The *NATP* Plaintiffs' position is that the cases are related because they "involve common issues of fact" and "grow out of the same event or transaction." LCvR 40.5(a)(3)(ii)–(iii). Plaintiffs in

---

[1] This report refers to the Plaintiffs in *Ticket Policy Forum, Inc. v. District of Columbia* (*TPF*), No. 1:26-cv-03577-CJN, as "*TPF* Plaintiffs," the Plaintiffs in *National Association of Ticketing Professionals v. District of Columbia* (*NATP*), No. 1:26-cv-03620-CJN, as "*NATP* Plaintiffs," and Defendant in both cases as "the District."

both cases have roles in the ticket-resale process, and they challenge the same law. And many of their legal claims overlap as a result. Based on its initial review, the District's position is that the two cases are related because they challenge the same law, and there is sufficient overlap in the legal claims and facts.

**Other Housekeeping Matters:** As a final matter, the District requests that the Court in *NATP* hold the District's responsive-pleading deadline in abeyance and that the Court order the *NATP* Parties to file a joint status report within seven days of a decision on the preliminary-injunction motion to propose next steps in that case. The *NATP* Plaintiffs consent to this request.

Date: October 20, 2026.

*/s/ Lucas C. Townsend*
Lucas C. Townsend (D.C. Bar No. 1000024)
Joshua S. Lipshutz (D.C. Bar No. 1033391)
Morgan L. Ratner (D.C. Bar No. 1026987)
(admission application pending)
Aaron M. Smith (D.C. Bar No. 888314520)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
LTownsend@gibsondunn.com
JLipshutz@gibsondunn.com
ASmith3@gibsondunn.com

Michael Holecek (*pro hac vice*)
Jonathan N. Soleimani
(*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7761
MHolecek@gibsondunn.com
JSoleimani@gibsondunn.com

*Counsel for* TPF *Plaintiffs*

*/s/ Jessie K. Liu*
Jessie K. Liu (D.C. Bar 472845)

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Adam J. Tuetken*
ADAM J. TUETKEN [242215]
HELEN M. RAVE [90003876]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 735-7474
Email: adam.tuetken@dc.gov

*Counsel for Defendant District of Columbia*

Justin V. Shur (D.C. Bar 973855)
Richard H. Poulson (D.C. Bar 90015456)

LIU SHUR KRAVIS LLP
607 Fourteenth Street, N.W.
Suite 625
Washington, D.C. 20005
jessie.liu@lskllp.com
justin.shur@lskllp.com
hundley.poulson@lskllp.com
Phone: (202) 240-7100

*Counsel for* NATP *Plaintiffs*