**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL ASSOCIATION OF TICKETING PROFESSIONALS, *et al.*,

*Plaintiffs*,

v.

DISTRICT OF COLUMBIA,

*Defendant*.

Civil Action No. 1:26-cv-03620 (CJN)

Upon consideration of the Joint Status Report, ECF No. 13, and the entire record, it is hereby **ORDERED** that:

(1) On or before **November 9, 2026**, the Defendant shall file its Response to Plaintiffs' Motion for Preliminary Injunction, ECF No. 9.

(2) On or before **November 16, 2026**, the Plaintiffs shall file their Reply in support of their Motion for Preliminary Injunction, ECF No. 9.

(3) The Court will hold a hearing on Plaintiffs' Motion on **November 19, 2026**, at 10:00 a.m. ET in Courtroom 17.

It is so **ORDERED**.

DATE: October 21, 2026

CARL J. NICHOLS
United States District Judge