**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NATIONAL ASSOCIATION OF TICKETING PROFESSIONALS, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**DISTRICT OF COLUMBIA,**<br><br>**Defendant.** | **No. 1:26-cv-03620-CJN** |

## EXHIBIT LIST

1. U.S. Government Accountability Office, *Event Ticket Sales: Market Characteristics and Consumer Protection Issues* (Apr. 2018)

2. Clare Y. Cho, Congressional Research Service, *Tickets for Live Entertainment Events* (Apr. 22, 2026)

3. Brian Shearer, Vanderbilt Policy Accelerator*, How to Save Audiences $11 Billion on Live Events* (Aug. 2026)

4. Declaration of Shakira Richardson

5. Future of Music Coalition Testimony, *Hearing on Bill Nos. 26-0174, 26-0224, & 26-287 Before the Comm. on Pub. Works & Operations, Council of the Dist. of Columbia* (Oct. 22, 2025)

6. Gary Adler Testimony, *Hearing on Bill Nos. 26-0174, 26-0224, & 26-287 Before the Comm. on Pub. Works & Operations, Council of the Dist. of Columbia* (Oct. 22, 2025)

7. Fix the Tix Coalition Testimony, *Hearing on Bill Nos. 26-0174, 26-0224, & 26-287 Before the Comm. on Pub. Works & Operations, Council of the Dist. of Columbia* (Oct. 22, 2025)

Date: November 9, 2026.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General

Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Adam J. Tuetken*
ADAM J. TUETKEN [242215]
HELEN M. RAVE [90003876]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 735-7474
Email: adam.tuetken@dc.gov

*Counsel for Defendant District of Columbia*