# EXHIBIT 6

My name is Gary Adler and I am the Executive Director and Counsel for the National Association of Ticket Brokers. I appreciate the opportunity to appear today remotely as I am from DC but am traveling on business. The District hosts many live events and therefore NATB appreciates the DC Council for attempting to address issues in live event ticketing. Like others we see good things in the proposed bill, but must oppose the current bill unless amended.

NATB will be submitted a full written testimony in the near future, so I would like to use my time today to focus on two important topics. First, is the folly of price caps, as government bodies cannot regulate out of existence the resale of tickets as it will merely drive resale back to street corners or Craigslist. Instead, it is more effective to continue to embrace and welcome resale on transparent platforms in the District under reasonable rules so that independent, professional ticket sellers abide by the rules but can still operate their businesses. Doing so means the District collects tax revenue and ticket sales transact safely. My second focus is to address the attempts by those looking to thwart competition in the industry by painting all resellers as bad actors.

Let me start with the latter. As a threshold point it is important to note that NATB and the independent, professional ticket sellers who are its Members align with many reforms that have improved the market while helping fans obtain the tickets they want. NATB has always supported all-in pricing. Since its inception in1994, NATB has imposed refund conditions that are more stringent than those in any legislation. Indeed, NATB Members provide a 200% guarantee in the highly unusual instance that a ticket is not delivered as promised. It is not enough simply to refund the purchase price. NATB has advocated against deceptive websites and has always recognized that the resale market only works when it is free of fraud and deceit. NATB supports the federal TICKET Act which bans deceptive speculative ticketing. NATB was an active supporter of the federal BOTS Act and was early in the fight against automated software that scooped up large amounts of tickets and prevented consumers from access to the on-sale.

Moreover, contrary to the picture being painted by opponents of resale, the secondary market is where fans can always get tickets even for sold-out events, and where they can usually get tickets cheaper, easier and with a level of customer service that they never get from ticket issuers like Ticketmaster, which interestingly is the ticketing partner of the IMP venues in DC. More than $6 million was saved last year by fans who bought tickets on the secondary market for DC events. Further, the secondary market segment of the ticketing industry sold tens of millions worth of taxable tickets in DC. Fans are best served when there is a competitive market where consumers have choice, often cheaper options and are provided customer service.

Turning to the folly of price caps. Powerful players in the live event ecosystem who have a vested interest in controlling both the initial sale and resale of tickets have pushed hard for legislatures to impose artificial price controls after a ticket has been sold for the price demanded by the initial seller. There are numerous reasons price caps are ill advised.

First, it is not realistic to think that price caps can somehow make markets more efficient and fairer. Quite to the contrary, it harms consumers. This has been universally recognized over the 30 plus years NATB has been in existence. When NATB was created there were approximately two dozen states that imposed price caps or otherwise restricted resale. Those antiquated laws have, almost entirely, fallen by the wayside. Indeed, as recently as November, 2024, Massachusetts moved away from artificially restricting prices, rescinding an over 100-year law that capped resale pricing.

Consumers are best served when they have the viable professional resale options to purchase tickets. It allows live event tickets to be sold at fair market value. In the primary market, where consumers often have only a single monopolistic choice as to where to buy tickets, there is no restraint on pricing or fees imposed. The secondary market has allowed millions of fans to benefit from a competitive space to buy and sell tickets.

Not surprisingly, consumers overwhelming believe that they should be free to buy and sell tickets freely without restrictions**.** Protect Ticket Rights released a national survey in 2021 which found Americans overwhelmingly support (81.6%) the right of ticketholders to transfer their tickets without interference from the original seller.

Importantly, it is beyond dispute that the imposition of price caps leads to an increase in fraud. There can be no doubt that price caps do not end resale. It is axiomatic that you cannot regulate the law of supply and demand. Rather, it simply drives it into black markets that provide no protections and leave consumers with no recourse when inevitably issues arise. Indeed, the imposition of price caps will harm professional resellers more than those who thrive in black markets. Professional resellers aren't in the business of harming their customers. Our members have offices and staff, not street hawkers scamming one person to the next. They have been in business for years because they help fans enjoy their game or show. They are professionals.

In closing, I appreciate being able to testify. You can imagine that when these types of bills come up there is a lot of sensationalism around ticket resellers and much of the conversation can quickly become pejorative. It is unfair and unnecessary to paint all ticket resellers with a broad brush. Where there are bad actors, let's narrowly solve those problems. Let's find a way where NATB can help do that versus shun an industry that provides important tax revenue for the District and provides choice and access to consumers. Thank you.