**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION OF TICKETING PROFESSIONALS, et al.,<br>Plaintiffs,<br><br>-v-<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Case No. 1:26-cv-03620 (CJN) |

**DECLARATION OF KATHERINE VAN DYCK**

Pursuant to 28 U.S.C. § 1746, I, Katherine Van Dyck, declare as follows:

1. I am the founding attorney and principal at KVD Strategies PLLC and counsel for *Amici Curiae* American Federation of Musicians of the United States and Canada; Artist Rights Alliance; Common Good, Inc. d/b/a Fan Alliance; Future of Music Coalition; Music Artists Coalition; Music Managers Forum-US; National Academy of Recording Arts & Sciences, Inc.; National Independent Talent Organization; Screen Actors Guild–American Federation of Television and Radio Artists; and Songwriters of North America. I make this declaration on personal knowledge and review of my files. I submit this declaration in support of the Brief of Artist and Fan Organizations as *Amici Curiae* in Support of Defendant.

2. The following exhibits are excerpted from the Council of the District of Columbia Committee on Public Works and Operations Hearing Record for October 22, 2025 (the "Hearing Record"), publicly available at https://lims.dccouncil.gov/downloads/LIMS/57560/Hearing_Record/B26-0224-Hearing_Record3.pdf?Id=241230:

a. **Exhibit A** is a true and accurate copy of the testimony submitted by Catherine Ferrando on behalf of Circle I Productions, Inc. d/b/a Black Cat, found at pages 58 to 61 of the Hearing Record.

b. **Exhibit B** is a true and accurate copy of the testimony submitted by Donald Cohen on behalf of Amicus Common Good, Inc. d/b/a Fan Alliance, found at page 101 of the Hearing Record.

c. **Exhibit C** is a true and accurate copy of the testimony submitted by Kevin Erickson on behalf of Amicus Future of Music Coalition, found at pages 618 to 632 of the Hearing Record.

d. **Exhibit D** is a true and accurate copy of the testimony submitted by Ron Gubitz on behalf of Amicus Music Artists Coalition, found at pages 325 to 327 of the Hearing Record.

e. **Exhibit E** is a true and accurate copy of the testimony submitted by Sharon Tapper on behalf of Amicus Music Managers Forum-US, found at page 718 of the Hearing Record.

f. **Exhibit F** is a true and accurate copy of the testimony submitted by Randy Nichols on behalf of Amicus National Independent Talent Organization, found at pages 695 to 698 of the Hearing Record.

g. **Exhibit G** is a true and accurate copy of the testimony submitted by KOKAYI, a governor of Amicus National Academy of Recording Arts & Sciences, Inc., found at pages 240 to 241 of the Hearing Record.

h. **Exhibit H** is a true and accurate copy of the testimony submitted on behalf of Amicus Screen Actors Guild–American Federation of Television and Radio Artists, found at page 617 of the Hearing Record.

i. **Exhibit I** is a true and accurate copy of the testimony submitted by Jason Webb on behalf of Tixel, found at pages 546 to 548 of the Hearing Record.

j. **Exhibit J** is a true and accurate copy of the testimony submitted by Kendall Gilvar on behalf of the Fix the Tix Coalition, found at pages 222 to 224 of the Hearing Record.

I declare under penalty of perjury, this 13th day of November, 2026, in the District of Columbia, that the foregoing is true and correct.

*s/ Katherine Van Dyck*
Katherine Van Dyck