# EXHIBIT A

Written Testimony to the D.C. Council Committee on Public Works and Operations Regarding B26-0224, the Restricting Egregious Scalping Against Live Entertainment (RESALE) Amendment Act of 2025

Testimony of Catherine Ferrando, VP of Circle I Productions, Inc. dba Black Cat
Public Hearing October 22, 2025

Dear Members of the Committee on Public Works and Operations:

We've been operating Black Cat in DC since 1993. Scalpers have always been a problem, but technology has made it incredibly difficult for venues, artists, and legitimate ticketing platforms to stop resellers from scooping up tickets and jacking up the price. We need help, and we are hoping that the D.C. Council can lead the way in creating reforms that will protect artists, concertgoers, venues, promoters, and D.C.'s nightlife economy as a whole.

To help illustrate the problem, a few weeks ago I ran a search for a couple of Black Cat events: when searching for Shudder to Think tickets, Stub Hub came up first,[1] offering tickets for $64. Their website indicated that a ticket for the event had been sold in the last few hours, despite the fact that tickets were still going for their original price, $41.40, on Black Cat's website (via Etix, our ticketing company). Seat Geek and Vivid Seats were also offering tickets for Shudder to Think in the $70-90 range. Anyone who buys tickets to events knows that most tickets are purchased online, and when a consumer searches for an event, the first link to appear is often a reseller – leading consumers to spend more than they need to even when an event still has availability. But the extreme price gouging happens after a show sells out. Another search on the same day for a sold-out event, Everclear, showed tickets going for prices ranging from $156 to $1047.02 on Ticketmaster, Seat Geek, and Stub Hub. The original price was $65.80. All of those overpayments head straight out of the District to major national and international corporations who have contributed absolutely nothing to D.C.'s vibrant music

[1] A small venue like Black Cat cannot compete with the advertising dollars companies like StubHub, Ticketmaster, Seat Geek, etc. can afford. As an example, we have completely given up our attempts to advertise on YouTube, because the resellers would always come up first for the shows we tried to advertise, diverting sales away from us.

scene or nightlife economy, while fans are forced to miss the event or shell out exorbitant amounts of money.

Targeting "BOTS" is not going to solve the problem. In the Everclear example, all those resale tickets were available despite the fact that we capped the number of tickets each patron could buy, and then "scrubbed" the original sale, at the artist's request, trying to identify each buyer in an effort to make sure the ticket sales were legitimate. As long as it is legal to hike the price of tickets as high as the seller wants to, people will find a way to make those sales, and grab that profit. But those excessive prices do real damage to the music scene and D.C.'s nightlife economy. Artists choose a price for their tickets not based on what the market will bear, but what is best for them as developing artists who want to grow their fan base. They agonize and haggle with venues about whether to raise prices by even a dollar – then get steamrolled by the resellers, who charge whatever they want and siphon that money away.

Please do not be fooled by advocates who claim this bill would put smaller resellers out of business, benefiting mega-corporations like Live Nation. At Black Cat we have always chosen to work with smaller, independent ticketing companies, and we want to ensure that they can continue to successfully operate in D.C. Reselling tickets is a useful and important part of the nightlife economy; consumers will be more confident purchasing tickets if there is a possibility for them to recoup the costs if their plans change. But ticketing platforms that offer resale can, and do, successfully operate under price caps. For example, our contact at DICE, a ticketing platform which several local venues use for their original sales, informed me that they already operate a resale system using a 10% markup.

This bill would put guardrails in place to prevent both price gouging and the sale of fraudulent or speculative tickets. But the real key to any successful reform is enforcement, and that's an area that needs a little extra thought and consideration before this bill is finalized. The RESALE Amendment Act requires resellers and secondary ticket exchanges to submit extensive, detailed reports every 6 months.

This would create an expensive and time-consuming burden for both businesses and the agency tasked with collecting and reviewing the data. The amount of data would be massive – for just this week, Black Cat has 4 shows, and we'll sell around 3000 tickets for them. Think about how much data is involved when you factor in not only all the other small venues, but the much larger venues like The Anthem, with 6000 tickets per show, and the enormous volume of sales relating to venues like the Kennedy Center or the Capital One Arena. Even when capturing only the resold tickets, that is a huge amount of data for D.C. to manage and store. Big companies would have the infrastructure necessary to comply with the requirement, but the smaller resellers could have a harder time. We do not want to drive the legitimate smaller resellers out of D.C., but there's a possibility that these reporting requirements would have that unintended consequence, while setting up an expensive and inefficient method of enforcement. Following the model ABCA and other agencies use make more sense – and this bill already puts strong recordkeeping requirements in place. Potential violators could simply be required to provide those records for inspection upon request, just as liquor establishments maintain records for ABCA's review.

Recordkeeping does not solve the problem of enforcement, but the unique circumstances here allow for a vastly more efficient method to identify violators than creating a District-wide database system to receive semi-annual reports and a government staff to comb through the data for violations. There are multiple actors with built-in incentives to report violations: venues, artists, promoters, booking agents, compliant ticketing companies, and consumers all have a vested interest in driving violators out of D.C.'s market. But a price cap is the key to enforcement. Unlike the massive challenge posed by identifying purchases by BOTS, it is quite easy to spot overpriced tickets – in fact, those high prices are actively marketed and publicly advertised. We urge the Committee to consider replacing the reporting system for resellers with a simple reporting mechanism for the public, where evidence of violations could be submitted for review.

Opponents of the bill may claim that we can never entirely stop the sale of fraudulent tickets or price gouging, and there is some truth to that. However, this

bill would go a long way to ensure that the ticketing platforms that appear legitimate would comply, and that would make a huge difference. While a customer desperate for tickets to a sold-out show might still occasionally resort to a scalper violating the rules of this bill – perhaps operating off of an online platform such as Craig's List or Facebook Marketplace – that customer would be pretty well aware they are taking a risk, and sellers who were repeat offenders would be caught and fined. That would be a far cry from today's environment, where a significant portion of tickets to any popular event are re-sold to unsuspecting consumers through seemingly legitimate ticketing platforms at an exorbitant markup.

When we sell tickets to our events, we want those tickets to go to fans. When I buy a ticket to a show at another local venue, I want my money to go to support the artists and the local music scene. When my band plays a show at a DC venue, I want to be able to choose how much to charge for the show, and I want the money from those sales to go to my band and the venue. Please put price caps on resale tickets, and support the RESALE bill.

Sincerely,

Catherine Ferrando
Black Cat
1811 14th Street NW
Washington, DC 20009
catherine@blackcatdc.com