# EXHIBIT D

Music Artists Coalition
700 South Santa Fe Ave, Second Floor
Los Angeles, CA 90021
musicartistscoalition.com

Council of the District of Columbia
Committee on Public Works and Operations
Chairperson Brianne Nadeau



October 21st, 2025

**RE: B26-0224 RESALE AMENDMENT ACT**

**Public Hearing on B26-0224**
**Testimony of Ron Gubitz**
**Executive Director of the Music Artists Coalition**

Good morning and thank you for the opportunity to speak to the distinguished members of the Council.

My name is Ron Gubitz and I am the Executive Director of the Music Artists Coalition, or MAC. MAC is an artist-driven organization that fights to ensure that music creators have a voice at the table in policy negotiations concerning industry practices that will directly impact their careers, their livelihoods, and their families.

Our artists believe that the people *making the music* should also be the people *making the decisions* about how the tickets to their performances are sold.

Artists invest precious time, energy, money and creative gifts to deliver deeply memorable live entertainment experiences for their fans. There is truly no-one who cares more about music fans than the artists themselves. Our artists owe quite literally *everything* to their

Protecting the rights of music artists everywhere.

fans, and we have watched nationwide as those fans have repeatedly been taken advantage of by resellers profiteering off of the art we make and the performances we craft for our fans.

Washington D.C. has before it a unique opportunity to stand up for fans who have had music change their lives for the better – and to lead the nation in protecting artists' rights in doing so.

**Price Caps on Ticket Resale**

MAC's core ticketing issue is the cap on resale. We love the provision of a 10% cap here in D.C. This is a critical issue for artists because where tickets are resold at exorbitant markups, not a single cent of those additional revenues flow to the artists, their crews, the venues or the local businesses supporting a performance. I've heard people sarcastically say, "poor Taylor Swift doesn't get any of those crazy markup dollars from the Eras tour." But Taylor and artists at every level – local punk bands, nonprofit productions of the Nutcracker - employ carpenters, electricians, sound and light techs, caterers, drivers, security and more. Those folks don't get any of that markup either.

Artists want diverse audiences, not just those with the deepest pockets.

**Ban on Speculative Ticketing**

MAC further supports the ban on speculative tickets, which are tickets the seller does not actually possess at the time of listing or sale, but merely hopes or plans to acquire. Should someone be able to sell something they don't own?

We have stories of people buying a ticket on a secondary platform,

showing up at a venue and finding out the ticket isn't real. The speculation went bust. The venue is forced to figure out how to help this consumer. The fan spent money and time on travel. Seems obvious if you sell something, you should have something to sell.

Speculative ticketing is fundamentally deceptive—it creates false scarcity and funnels access to those with the deepest pockets instead of genuine fans. This provision in the RESALE Act fixes that.

We also support the bill's registration and bonding requirements for resellers. When resellers face real consequences—registration, bonding, potential enforcement—they're less likely to exploit the system. Accountability matters. Enforcement matters.

Washington D.C.'s status as a cultural capital depends on artists feeling empowered and protected when performing in the district, and fans having access to such performances. If D.C. is to remain a preeminent venue for live entertainment, it is vital that its laws ensure artists and fans are welcome and protected.

Thank you again for the opportunity for the Music Artists Coalition to testify before you. You have the chance to be a leader on this issue – please vote YES in favor of the RESALE Amendment Act.