# EXHIBIT E

mmf | MUSICMANAGERSFORUM

[redacted]

**To the Members of the DC City Council,**

My name is **Sharon Tapper**, and I serve as the **Executive Director of the Music Managers Forum-US (MMF-US)**. Established in 1993, the MMF-US is the leading trade association for professional artist managers and self-managed artists in the United States. As a 501(c)(6) nonprofit, our mission is to educate, connect, and advocate on behalf of the artist management community — supporting professional development, fostering collaboration, and advancing fair and transparent industry practices.

Today, we represent a **nationwide community of more than 14,000 members and affiliates**, reflecting the voices of artist managers and self-managed artists across all genres and stages of career development. Since 2022, our membership has grown by more than 600%, with eight active Chapters — Los Angeles, New York, Nashville, Miami, Chicago, Austin, Boston, and Atlanta — all hosting local programs and events that build community and empower managers and artists. As a member of the **International Music Managers Forum (IMMF)**, we also connect with over sixty global Music Manager Forums, ensuring our advocacy reflects the shared concerns of creators and their representatives worldwide.

Music Managers Forum
P.O.Box 419
New York N.Y. 10156

On behalf of our members, the MMF-US strongly supports the **Ticket Resale Act (Bill 26-224)**. Ticketing reform is long overdue — not only to protect fans, but also to safeguard the livelihoods of artists and their teams. Unregulated resale markets and speculative ticketing practices undermine both fan trust and artist revenue, distorting access to live music experiences.

We frequently hear from managers whose artists face fan backlash over ticket pricing and availability — problems often caused by hidden fees, scalper bots, and inflated resale prices, not by the artists themselves. The provisions outlined in the Ticket Resale Act — banning speculative tickets, requiring transparent fee disclosure, setting reasonable limits on resale pricing, ensuring timely refunds for cancelled events, and mandating registration for large resellers — represent essential steps toward restoring fairness and accountability to the live event marketplace.

We urge the DC City Council to support this critical legislation and to stand with artists, managers, and fans in ensuring a transparent, equitable, and sustainable live music ecosystem.

Sincerely,
**Sharon Tapper**
Executive Director
**Music Managers Forum-US (MMF-US)**

T:212.213.8787
F:212.213.9797
www.mmfus.com