# EXHIBIT I

To the D.C. Council:

Thank you for the opportunity to contribute further to this important discussion on ticket resale regulation and consumer protection. I write on behalf of Tixel, a leading fan-to-fan ticket exchange that I co-founded eight years ago to make ticket resale safe, fair, and accessible to genuine fans. We strongly support legislative measures that protect consumers from scalping and fraud, and we welcome the opportunity to share our experience operating in regulated resale markets, including jurisdictions where price caps are in place.

Price caps do not create fraud. Poor enforcement and unregulated marketplaces do. By combining strong resale legislation with modern verification tools and education for fans, policymakers can achieve both fair prices and safe transactions. In markets like Australia this approach has proven effective, consumer-friendly, and economically sustainable.

**Questioning the Validity of the Bradshaw Advisory Study**

The Bradshaw Advisory document, commissioned by StubHub International, is the primary "report" being cited to argue that price caps "exacerbate ticket fraud." However, this study cannot credibly support that claim. The authors themselves acknowledge that they could not establish any causal relationship between price caps and fraud rates. Their analysis is based on self-reported incidents over a two-year recall window, with no pre- and post-policy data and limited control for cross-market differences.

The inclusion of Victoria, Australia, as a "price-capped market" is flawed. Victoria's price cap applies only to "major declared events," and not uniformly across all events. Other Australian states such as New South Wales and Western Australia apply a consistent cap of face value plus 10 percent across all events and are more representative of the Bill being considered.

Furthermore, key elements of the document's design, including dropped data from an Irish panel that showed higher fraud rates, and assumptions made in cost modeling, introduce further questionable claims. In short, the report lacks the methodological rigor needed to underpin national policy decisions.

**The Real Drivers of Ticket Fraud**

Ticket fraud predates the digital era and will always exist where unregulated marketplaces operate. Fraud thrives where consumers buy tickets from unverified sellers or are misled by deceptive marketing. These issues are unrelated to price caps. Safe, regulated resale channels with robust verification systems are the most effective way to reduce fraud.

**Tixel's own data supports this. In the last twelve months, Tixel enabled the resale of hundreds of thousands of tickets at no more than face value plus 10 percent, across thousands of events in Australia. Reported fraud rates were near zero.** Our August 2025

survey of more than 3,500 Australian consumers found that tickets are typically resold due to ordinary life changes such as schedule conflicts or illness, not profit motives. Buyers, meanwhile, overwhelmingly seek tickets to sold-out events. This is the reality of a healthy, transparent resale ecosystem.

**Evidence from Regulated Markets**

These patterns are evident in jurisdictions that have introduced well-designed price cap legislation, where regulated resale channels continue to thrive. Just this week, following three massive shows in Melbourne, Victoria, the management team of rock band Oasis publicly commended the Victorian Government's policy for protecting fans, noting that the market remained vibrant without inflated pricing:

"***It's great to see Victoria's Major Events Declaration doing exactly what it's meant to — Viagogo can't list our Melbourne shows — and that's a huge win for real fans. When government and the live industry work together, we can stop large-scale scalping in its tracks. We'd love to see other states follow Victoria's lead so fans everywhere get a fair go," Oasis's Management Team*** [source]

While Stubhub's parent company, which trades as Viagogo in Australia, stepped aside because predatory resellers couldn't sell tickets to the Melbourne shows above the face value plus 10% price cap restrictions put into place, Tixel helped more than 5,000 fans safely and fairly access those three concerts.

The same pattern is visible in Ireland, where the Sale of Tickets Act has effectively eliminated inflated resale. StubHub and Viagogo no longer list Irish events, as seen in their own site disclaimers for venues like Croke Park [source]. **Far from "collapsing," these markets have become safer and more transparent for consumers.**

By contrast, jurisdictions that lack clear resale rules remain plagued by bad actors. In Australia, Viagogo has been fined for false advertising [source], misleading pricing, and repeated consumer harm [source]. This is not a symptom of price caps, but of unregulated resale environments where profit-driven intermediaries dominate.

In the Australian states where price cap legislation applies, scalpers are routinely reported and fined. For example, on-the-spot fines of $2,000 each were issued to five people who allegedly breached Western Australia's ticket scalping laws by reselling tickets for more than the permitted 10 percent markup [source]. In a separate case, a Perth man was prosecuted and ordered to pay $2,756.25, including a $2,000 fine, for advertising a UFC 284 ticket at up to 77 percent above face value [source].

During the Australian leg of Taylor Swift's Eras Tour — one of the largest global tours of the decade — the Australian Competition and Consumer Commission's Scamwatch received **only** 273 reports relating to falsely advertised tickets, despite total attendance exceeding 600,000

across seven shows [source]. **This illustrates that strong resale regulation can coexist with very low levels of fraud, even in extremely high-demand events.** For lower demand events, fraud is close to non-existent, which is why very little hard data is published on the matter.

**Enforcement, Transparency, and Accountability**

In our view, effective legislation must rest on three pillars:

1. Safe, regulated resale platforms that enforce fair pricing.
2. Clear, public penalties for those who circumvent these systems.
3. Well-defined enforcement pathways for authorities to investigate and act on violations.

Where these conditions exist, resale remains active and legitimate. For example, during Coldplay's sold-out shows in Western Australia in 2024, over 4,000 tickets were successfully exchanged on Tixel within the legal price cap, demonstrating that anti-scalping laws and vibrant resale markets can coexist.

**The Role of Responsible Operators**

Tixel has invested heavily in fraud prevention. Our systems use advanced pattern recognition to detect fraudulent activity before it affects fans. During the Australian leg of Taylor Swift's Eras Tour, we identified and blocked over 100 stolen tickets, reporting the offenders to authorities. **In total, over the past year, Tixel prevented more than 25,000 fraudulent listings from reaching the market.**

This experience shows that ethical, regulated platforms can enforce face-value resale, prevent fraud, and remain commercially sustainable. Claims that fan-first models are "unviable" have no basis.

**Conclusion**

We urge the Committee to focus on solutions that prioritize fans over profiteers. Tixel's experience proves that fair, capped, fraud-free resale is not only possible but thriving where good policy supports it. These lessons are directly applicable to the U.S. market, where fans deserve the same protections and fair access that these policies have delivered abroad.

Respectfully,
**Jason Webb**
**Co-Founder, Tixel**