# EXHIBIT J

**Dear Chairwoman Nadeau and Members of the Committee,**

On behalf of the Fix the Tix Coalition, we write in strong support of the Restricting Egregious Scalping Against Live Entertainment (RESALE) Amendment Act of 2025, a commonsense and pro-consumer bill that will protect DC fans, artists, and venues from price gouging, fraudulent ticket sales, and deceptive secondary ticketing practices.

The Fix the Tix Coalition is a broad alliance of organizations and professionals across the live entertainment ecosystem including Universal Music Group, the Recording Industry Association of America, the Recording Academy, SAG-AFTRA, the National Independent Venue Association, and many independent venues, artists, and fan organizations across the country. Together, we represent hundreds of thousands of artists, music workers, and fans nationwide, including thousands here in the District of Columbia who depend on a fair and trustworthy live events marketplace.

For too long, a handful of large resale platforms have profited from deceptive and anti-fan practices that exploit the very people this industry exists to serve. Many of the groups now opposing the RESALE Act present themselves as “consumer” organizations but are directly funded by those same resale companies. They speak for the platforms that profit from inflated prices and fake tickets, not for the fans who pay the price. By contrast, the Fix the Tix Coalition brings together the actual voices of consumers, artists, and community-based venues who live and work here in DC. We can name the people who support this bill because they are real fans, real organizations, and real workers who are directly impacted by these practices.

The RESALE Act establishes a reasonable ten percent cap on resale prices, an approach that protects fans without eliminating their ability to sell tickets they can no longer use. This cap is not a restriction on resale; it is a safeguard against manipulation. It prevents the industrial-scale profiteering that drives prices far above face value while still allowing genuine exchanges between fans. When resale prices stay near the original value, it removes the financial incentive for scalpers and bots to hoard tickets in the first place and encourages them to go to other states to inflate prices.

Opponents claim that this legislation will push fans toward less credible resale sites, but the truth is that those platforms are the ones currently engaging in deceptive practices. The RESALE Act creates a clear and enforceable standard that makes fraud less likely, not more. Fans will be able to instantly identify when a ticket is legitimate, and enforcement falls on the resale platforms, not on consumers or the city. Major fan-to-fan marketplaces such as CashorTrade, Tixel, and Tixr, all members of our coalition, support this legislation because they already operate ethical and transparent resale systems built around fairness, authenticity, and accountability.

The RESALE Act promotes transparency and fairness for fans, artists, and venues in Washington, DC alike by banning speculative ticket sales, requiring upfront disclosure of all fees, and prohibiting deceptive websites that mimic official sources. It will help restore trust in the ticket-buying process, protect local consumers from fraud, and ensure DC's live events remain accessible and vibrant. By stopping resellers from listing tickets they do not have and holding platforms accountable for misleading or inflated sales, the bill closes the loopholes that fuel price gouging and fan confusion. Every ticket resold far above face value represents not just a bad deal for a fan, but a loss for local venues, neighborhood businesses, and the cultural life that makes this city thrive.

We urge the Council to pass the RESALE Act and stand with DC's artists, fans, and independent venues in protecting consumers from deceptive and predatory ticketing practices.

Thank you for your leadership and commitment to strengthening DC's live event community.

Sincerely,

**The Fix the Tix Coalition**

# Ticketing Interest Group Funding Tracker

As legislators consider ticketing reforms, it's important to understand who is shaping the debate. Several groups presenting themselves as "consumer advocates" receive funding from the ticket resale industry, lobbying for policies that benefit resellers over fans. This document outlines these financial ties to help ensure that policy decisions truly serve consumers—not corporate interests.

| **Organization Name:** | **Resale Funders Include:** | **Source:** |
|---|---|---|
| **National Consumers League** | Stubhub, Vivid Seats, Sports Fans Coalition | Annual reports and awards on NCL website |
| **Fan Freedom Project** | Stubhub | Original 2011 founding press release |
| **Protect Ticket Rights** (affiliated with **Ticket Policy Forum**) | National Association of Ticket Brokers | Protect Ticket Rights website |
| **Sports Fans Coalition** | Stubhub | SFC Executive Director's testimony before the Georgia House of Representatives |
| **Coalition for Ticketing Fairness** | Events Ticket Center Inc. Stubhub, Vivid Seats, National Association of Ticket Brokers | Events Ticket Center Press Release, Coalition for Ticket Fairness 2025 Conference Site, Coalition for Ticket Fairness Conference 2023 Site |
| **Chamber of Progress** | Stubhub, Vivid Seats | Chamber of Progress Partner Page |
| **Consumer Federation of America** | Protect Ticket Rights, Fan Freedom Project, Ticket Buyer Bill of Rights | Pitchfork and Official 2024 Awards Celebration |
| **Netchoice** | Stubhub | Netchoice Site |
| **The Antitrust Institute** (formerly led by **Progressive Policy Institute's Diana Moss**) | Stubhub | New York Times |
| **Public Knowledge** | Vivid Seats, Sports Fans Coalition, Chamber of Progress | 2024 and 2023 Funding Sources page |