**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION OF TICKETING PROFESSIONALS, et al.,<br>Plaintiffs,<br><br>-v-<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Case No. 1:26-cv-03620 (CJN) |

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF DEFENDANT**

Upon consideration of the Consent Motion for Leave to File Amici Curiae Brief in Support of Defendant by American Federation of Musicians of the United States and Canada; Artist Rights Alliance; Common Good, Inc. d/b/a Fan Alliance; Future of Music Coalition; Music Artists Coalition; Music Managers Forum-US; National Academy of Recording Arts & Sciences, Inc.; National Independent Talent Organization; Screen Actors Guild–American Federation of Television and Radio Artists; and Songwriters of North America, it is HEREBY ORDERED that the Motion is GRANTED.

Dated: ______________________

______________________________
Hon. Carl J. Nichols
United States District Judge